No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Asst. Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

No appearance for appellant.

Henry Wade, Crim. Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, $100 fine and 5 days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Perry Leslie BLAINE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27777.

Court of Criminal Appeals of Texas.

Nov. 9, 1955.

**D. L. WILLIAMS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28011.

Court of Criminal Appeals of Texas.

Nov. 23, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant has filed his affidavit stating that he desires to have his appeal in this case dismissed.

Accordingly, the appeal is dismissed.